■ MICHAEL J. RICH, Appellant, v TOWN OF HENDERSON et al., Respondents. (Appeal No. 2.) [598 NYS2d 1021] —Appeal unanimously dismissed without costs (see, Empire Ins. Co. v Food City, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Reargument.) Present—Denman, P. J., Pine, Balio, Boomer and Davis, JJ.